# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY SESOCK, et al., | Case No.: 2:20-cv-01466-APG-DJA |
| Plaintiffs | **Order Denying Motion to Dismiss** |
| v. | [ECF No. 31] |
| D1 KENNELS, et al., | |
| Defendants | |

I previously denied the motion to dismiss filed by counterdefendants Flavio Guitierrez and Holly Sesock because it exceeded the page limit for motions to dismiss without leave of court. LR 7-3(b). Immediately thereafter, Guitierrez and Sesock filed another motion to dismiss that again exceeds the page limit.

I THEREFORE ORDER that counterdefendants Flavio Guitierrez and Holly Sesock's motion to dismiss **(ECF No. 31) is DENIED without prejudice** for failing to comply with the Local Rules.

DATED this 24th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE