**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HOLLY SESOCK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> D1 KENNELS, ET AT., <br><br> Defendants. | Case No. 2:20-cv-01466-APG-DJA <br><br> **ORDER** |

Presently before the Court is Defendants, Counterclaimant, and Third Party Plaintiff Counsel Amanda L. Ireland Motion to Withdraw as Counsel (ECF No. 39), filed on April 5, 2021.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b).  Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met.  Amanda L. Ireland indicates that her clients have not paid fees owed since January and there has been a gradual total breakdown in communication necessitating the withdrawal.  The Court will require that Raven and Chris Dudley advise the Court if they will retain new counsel or proceed pro se by May 24, 2021.  Filing a notice of new counsel or intent to proceed pro se on or before May 24, 2021 is sufficient to comply with the Court's order.  Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued, including dismissal of this action.

**IT IS THEREFORE ORDERED** that Defendants, Counterclaimant, and Third Party Plaintiff Counsel Amanda L. Ireland Motion to Withdraw as Counsel (ECF No. 39) is **granted**.

**IT IS FURTHER ORDERED** that Raven Dudley and Chris Dudley shall have until **May 24, 2021** to advise the Court if they will retain new counsel or proceed pro se.  Failure to notify

the Court as to their new representation may subject them to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Raven and Chris Dudley to the civil docket and send a copy of this Order to their last known address:

Raven and Chris Dudley

4603 3rd Street, Greenville, TX, 75149

1702 Belmont Street, Mesquite, TX, 75149

Raerae89579@gmail.com

DATED:  April 26, 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE