# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Holly Sesock, et al., | Case No. 2:20-cv-01466-APG-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| D1 Kennels, et al., | |
| Defendants. | |

This matter is before the Court on Defendants Raven Dudley and Chris Dudley's failure to comply with the court's Order (ECF No. 43) dated April 26, 2021. In that order the Court required Raven Dudley and Chris Dudley to file a notice advising the Court whether they will retain new counsel or proceed *pro se*. That deadline has passed without any notice having been filed. However, it is not clear that Defendants were served with a copy of the order granting withdrawal. Consequently, the Court will provide Defendants with one additional opportunity to comply with this Court's Order. Defendants will have until August 16, 2021 within which to file a written notice stating whether they intend to retain new counsel or proceed *pro se*. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Raven Dudley and Chris Dudley by August 16, 2021. Failure to comply with this order will result in the issuance of an order to show cause.

**IT IS THEREFORE ORDERED** that Defendants Raven Dudley and Chris Dudley shall have until **August 16, 2021** to advise the Court if they will retain new counsel or proceed *pro se.*

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Defendants Raven Dudley and Chris Dudley at their last known address:

Raven Dudley

4603 3rd Street

Greenville, TX, 75149

1
2   Chris Dudley
3   1702 Belmont Street
4   Mesquite, TX, 75149
5
6   DATED: July 16, 2021.
7
8
9   _____
    DANIEL J. ALBREGTS
10  UNITED STATES MAGISTRATE JUDGE