**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLY SESOCK, et al., | Case No.: 2:20-cv-01466-APG-DJA |
| Plaintiffs | **Order Granting Unopposed Motion for Leave to File Late Opposition** |
| v. | [ECF No. 41] |
| RAVEN DUDLEY, et al., | |
| Defendants | |
| AND ALL RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

I ORDER that defendant Raven Dudley's unopposed motion for leave to file late opposition **(ECF No. 41) is GRANTED**.

DATED this 30th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE