UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY SESOCK, et al., | Case No.: 2:20-cv-01466-APG-DJA |
| Plaintiffs | **Order Granting Motion to Dismiss** |
| v. | [ECF No. 36] |
| RAVEN DUDLEY, et al., | |
| Defendants | |
| AND ALL RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

Third-party defendant J.G. moves to dismiss the third-party complaint filed by plaintiffs Raven Dudley and Chris Dudley due to their failure to comply with this court's order (ECF No. 27) to post a cost bond under Nevada Revised Statutes § 18.130(1). Raven Dudley concedes she failed to post the cost bond, asserts she lacks the resources to litigate her third-party claims, and does not oppose dismissal. ECF No. 38.

I THEREFORE ORDER that third party defendant J.G.'s motion to dismiss **(ECF No. 36) is GRANTED**. The third-party claims against him in the third-party complaint (ECF No. 24) are dismissed without prejudice.

DATED this 30th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE