UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY SESOCK, an individual; and FLAVIO GUTIERREZ, an individual,<br><br>Plaintiffs<br><br>v.<br><br>RAVEN DUDLEY, an individual; CHRIS DUDLEY, an individual; D1 KENNELS, an unregistered Partnership; MIGUEL CARLOS BARUSO, SR, aka ANTWAIN MCNEIL, an individual; and DOES I through X,<br><br>Defendants | Case No.: 2:20-cv-01466-APG-DJA<br><br>**Order** |

Defendant D1 Kennels has not appeared in this action, and plaintiffs Holly Sesock and Flavio Gutierrez obtained a clerk's entry of default against D1. ECF No. 13. However, the plaintiffs have not moved for default judgment or otherwise prosecuted their claims against D1.

I THEREFORE ORDER that, **by March 18, 2022**, plaintiffs Holly Sesock and Flavio Gutierrez must file one of the following: a notice of voluntary dismissal of their claims against defendant D1 Kennels, a proposed pretrial order, or a proposed alternate plan for resolution of the remaining claims.

DATED this 26th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE