# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY SESOCK, an individual; and FLAVIO GUTIERREZ, an individual,<br><br>Plaintiffs<br><br>v.<br><br>RAVEN DUDLEY, an individual; CHRIS DUDLEY, an individual; D1 KENNELS, an unregistered Partnership; MIGUEL CARLOS BARUSO, SR, aka ANTWAIN MCNEIL, an individual; and DOES I through X,<br><br>Defendants | Case No.: 2:20-cv-01466-APG-DJA<br><br>**Order** |

I ORDER the clerk of court to enter final judgment consistent with my two orders granting default judgment in favor of plaintiffs Holly Sesock and Flavio Gutierrez and against defendants Antwain McNeil **(ECF No. 26)** and Raven Dudley and Chris Dudley **(ECF No. 53)**, and to close this case.

DATED this 15th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE