AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Holly Sesock, an individual; and
Flavio Gutierrez, an individual,
          Plaintiffs,
  v.

Raven Dudley, Chris Dudley, Antwain McNeil, et al.,
          Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-01466-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of plaintiffs Holly Sesock and Flavio Gutierrez, and against defendant Antwain McNeil in the amount of $384,000.00.

3/15/2022
Date

DEBRA K. KEMPI
Clerk

/s/ Y. Williams
Deputy Clerk