AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Holly Sesock, an individual; and
Flavio Gutierrez, an individual,
                Plaintiffs,
    v.

Raven Dudley, Chris Dudley, Antwain McNeil, et al.,
                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01466-APG-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of plaintiffs Holly Sesock and Flavio Gutierrez, and against defendants Raven Dudley, Chris Dudley in the amount of $233,800.00.

| | |
|---|---|
| 3/15/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |